IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:93CR142 |
| | ) | |
| v. | ) | |
| | ) | |
| CARL HOPKINS, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of the probation officer,

IT IS ORDERED that the petition for offender under supervision (Filing No. 99) is dismissed without prejudice. The hearing scheduled for Wednesday, August 29, 2012, at 11 a.m. is cancelled.

DATED this 28th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court